NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1007

ELKEM METALS CO., AIMCOR,
GLOBE METALLURGICAL, INC., and AMERICAN ALLOYS, INC.,

Plaintiffs,

and

CC METALS & ALLOYS, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

GENERAL MOTORS CORPORATION,

Defendant,

and

FERROATLANTICA DE VENEZUELA,
CHELIUBINSKI ELECTROMETALURGICAL WORKS,
and KUZNETSK FERROALLOY WORKS,

Defendants-Appellees,

and

ASSOCIAO BRASILEIRA DOS PRODUCTORES DE FERROLIGAS E
DE SILICO METALICO, NOVA ERA SILICON S/A,
COMPANHIA BRASILEIRA & COMPANHIA FERROLIGAS,
ITALMAGNESIO S/A-INDUSTRIA E COMERCIO,
RIMA INDUSTRIAL S/A, COMPANHIA FERROLIGAS MINAS GERAIS
– MINASLIGAS, and ABRAFE,

Defendants.

Nancy A. Noonan, Arent Fox, LLP, of Washington, DC, argued for plaintiff-appellant. With her on the brief were James H. Hulme and Matthew J. Clark.

Julie C. Mendoza, Troutman Sanders LLP, of Washington, DC, argued for defendants-appellees Ferroatlantica De Venezuela, et al. With her on the brief were Donald B. Cameron, Jeffrey S. Grimson, R. Will Planert, Brady W. Mills, and Mary S. Hodgins.

Marc A. Bernstein, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for defendant-appellee United States. With him on the brief were James M. Lyons, General Counsel, and Andrea C. Casson, Assistant General Counsel.

Appealed from: United States Court of International Trade

Judge Richard K. Eaton

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1007


ELKEM METALS CO., AIMCOR,
GLOBE METALLURGICAL, INC., and AMERICAN ALLOYS, INC.,

Plaintiffs,

and

CC METALS & ALLOYS, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

GENERAL MOTORS CORPORATION,

Defendant,

and

FERROATLANTICA DE VENEZUELA,
CHELIUBINSKI ELECTROMETALURGICAL WORKS,
and KUZNETSK FERROALLOY WORKS,

Defendants-Appellees,

and

ASSOCIAO BRASILEIRA DOS PRODUCTORES DE FERROLIGAS E
DE SILICO METALICO, NOVA ERA SILICON S/A,
COMPANHIA BRASILEIRA & COMPANHIA FERROLIGAS,
ITALMAGNESIO S/A-INDUSTRIA E COMERCIO,
RIMA INDUSTRIAL S/A, COMPANHIA FERROLIGAS MINAS GERAIS
– MINASLIGAS, and ABRAFE,

                                    Defendants.

# Judgment

ON APPEAL  from the United States Court of International Trade

in CASE NO 99-00628.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON,  LINN, and MOORE, Circuit Judges.)

                    AFFIRMED.  See Fed. Cir. R.36

                            ENTERED BY ORDER OF THE COURT

DATED: May 11, 2009              /s/ Jan Horbaly
                                 Jan Horbaly, Clerk